

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00157-CR

## IN RE DARRELL CURLEE

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Relator's petition for writs of mandamus and prohibition are denied.


AL SCOGGINS
Justice

Before Justice Davis,
        Justice Scoggins, and
        Judge Strother[1]
Petition denied
Opinion delivered and filed June 11, 2015
[OT06]

---

[1] Ralph T. Strother, Judge of the 19th District Court of McLennan County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to Section 74.003(h) of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).

